```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 09 B 03918
  STACY E WAGNER
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES
         Debtor
  SSN XXX-XX-3554

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/08/09 .

    2.  Case reassigned to Marilyn Marshall, Trustee, 03/11/2009.

---------------------------------------------------------------------------
CREDITOR NAME                CLASS       CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------

      Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED     PRIORITY   UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00         .00           .00
PRINCIPAL PAID         .00         .00         .00         .00           .00
INTEREST PAID          .00         .00         .00         .00           .00
TOTAL PAID             .00         .00         .00         .00           .00
The Debtor's attorney, GARY L SHILTS           , was allowed $           .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .



     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 03/18/09                  /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 09 B 03918 STACY E WAGNER
```